# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) Case No. CV-90-00389-JTM )  )  **ORDER RENEWING JUDGMENT** |
| Plaintiffs, | ) |
| vs. | ) |
| LYNN STITES, et al., | ) |
| Defendants. | ) |

WHEREAS, application for renewal of judgment by creditor Stat Farm has been timely and properly made;

IT IS HEREBY ORDERED that the judgment entered on September 25, 1998, against judgment debtor Lynn B. Stites, whose last known address is 3833 Hidden Pine Court, Moorpark, California 93101-3023, and in favor of State Farm Fire & Casualty Company, whose address is One Stat Farm Plaza, Bloomington, Illinois 61710 is herby renewed in the amount of $11,269,196.24.

Dated: September 9, 2008

_____
Jeffrey T. Miller, United States District Judge

1
[PROPOSED] ORDER RENEWING JUDGMENT

27828.1 SF-14453